UNITED STATES DISTRICT COURT
NORTHERN DISTRICT INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PAULEEN MATHIAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOLGENCORP, LLC )<br>d/b/a DOLLAR GENERAL )<br>CORPORATION, )<br>)<br>Defendant. ) | CAUSE NO. 1:20-cv-108-HAB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire matter with prejudice. Each party shall bear its/her own costs and attorneys' fees.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| */s/ Eric J. Hartz*<br>Jason P. Cleveland<br>Eric J. Hartz<br>CLEVELAND LEHNER CASSIDY<br>6214 Carrollton Ave., Suite 200<br>(317) 388-5424<br>@clcattorneys.com<br>eric@clcattorneys.com | */s/ Chen G. Ni (w/ permission)*<br>Joel S. Allen<br>Chen G. Ni<br>MCGUIRE WOODS LLP<br>77 West Wacker Drive – 41st Floor<br>Chicago, IL 60601<br>(312) 849-8100<br>jallen@mcguirewoods.com<br>cni@mcguirewoods.com |